RCO Legal – Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
907.754.9900 Telephone
907.334.5858 Telefax
Attorneys for Nationstar Mortgage LLC

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re | ) | Case No. 13-00533 |
| | ) | |
| PATRICK MICHAEL HICKEY, | ) | Chapter 13 |
| | ) | |
| DEBTOR. | ) | |

Last four digits of any number
used to identify debtor's account: 1206

Court Claim No. (if known):   9

STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed.R.Bankr.Proc. 3002.1(g), Nationstar Mortgage LLC ("Creditor") hereby responds to the Trustee's Notice of Final Cure Payment.

Pre-Petition Default Payments

Creditor:

__X__ Agrees that Debtor(s) has paid in full amount required to cure the default stated in Creditor's claim.

_____ Disagrees that Debtor(s) has paid in full amount required to cure the default stated in Creditor's claim.

Total Amount Due:  $ 0.00

Itemization of the Total Amount Due as of the date of this statement is attached as Schedule A.

Post-Petition Default Payments

Creditor:

__X__ Agrees that Debtor(s) is otherwise current on all payments consistent with 11 U.S.C. §1322(b)(5).  (Loan is due for 12/1/2015 payment.)

1

_____ Disagrees that Debtor(s) is otherwise current on all payments consistent with 11 U.S.C. §1322(b)(5).

Total Amount Due:  $ 0.00

Itemization of the Total Amount Due as of the date of this statement is attached as Schedule A.

The amounts, if any, identified as due on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.

_____ I am the Creditor.         X  I am the Creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and belief.

DATED:  December 14, 2015

RCO Legal – Alaska, Inc.

By:    /s/ Richard Ullstrom
        Richard Ullstrom
        Attorney for Nationstar Mortgage LLC

CERTIFICATE OF SERVICE
The undersigned certifies that on December 14, 2015, true and correct copies of the foregoing response were served via ECF, or US Mail postage prepaid if an address is given, on the following individuals:

The US Trustee
Trustee:  Larry D. Compton
Debtor's Attorney:  Chris Johansen

Debtor:  Patrick Michael Hickey
         333 M Street #406
         Anchorage, AK 99501

By:    /s/ Rachel Galvez
        Rachel Galvez, Legal Assistant

RCO Legal – Alaska, Inc.
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754.9900
F: 907.334.5858

2

**SCHEDULE A**

**Itemized Statement of Amounts Due**

Statement of Amounts Outstanding on Pre-Petition Claim

| Description | Amount |
|---|---|
| N/A | $ 0.00 |
| | $ |
| | $ |
| | $ |

Statement of Amounts Outstanding Post-Petition

| Description | Amount | Date Incurred |
|---|---|---|
| Plan Review | $ 300.00 | 1/10/2014 |
| POC | $ 350.00 | 3/3/2014 |
| Mtn to Allow Loan Mod | $ 650.00 | 10/24/2014 |
| MFR | $ 850.00 | 6/23/2015 |
| MFR Filing Fee | $ 176.00 | 6/23/2015 |
| APOC, not filed | $ 75.00 | 8/21/2015 |
| APOC for Loan Mod | $ 150.00 | 11/4/2015 |

**RCO Legal – Alaska, Inc.**
911 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
P: 907.754.9900
F: 907.334.5858